# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLOBAL SYNTHETICS
ENVIRONMENTAL, LLC

NO.  2020 CW 1061

VERSUS

WALKER CONSTRUCTION COMPANY,
INC.

**NOVEMBER 19, 2020**

---

In Re:    Walker  Construction  Company,  Inc.,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 696097.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

> **JMM**
> **GH**
> **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT